1:20-cr-00020-JAW

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
2020 FEB 12 P 2:16

DEPUTY CLERK

## Synopsis

| | |
|---|---|
| **Name:** | Raymond Leroy Ellis, Jr. |
| **Address:** (City & State Only) | Skowhegan, Maine |
| **Year of Birth and Age:** | 1989 /29 |
| **Violations:** | Possession of Firearm by a Felon 18 U.S.C. § 922(g)(1) (Class C Felony) |
| **Penalties:** | Up to ten years imprisonment, a $250,000 fine, or both. See 18 U.S.C. § 924(a)(2) |
| **Supervised Release:** | Not more than 3 Years, 18 U.S.C. § 2583(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Not More than 2 Years, 18 U.S.C. § 3583(e)(3) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Three years, less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h) |
| **Defendant's Attorney:** | TBA |
| **Primary Investigative Agency and Case Agent Name:** | Justin Blais, Special Agent ATF |
| **Detention Status:** | Notice to Counsel (writ to issue in related case) |
| **Foreign National:** | N/A |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Kennebec |
| **AUSA:** | Casey |
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | N/A |
| **Corporate Victims Owed Restitution?** | N/A |
| **Assessments:** | $100.00 - 18 U.S.C. § 3013(a)(2)(A) |